# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-393-RJC-DCK

| | |
|---|---|
| TVL INTERNATIONAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ZHEJIANG SHENGHUI LIGHTING CO., LTD., and SENGLED USA, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by James M. Dedman, IV, concerning Sherry X. Wu on October 2, 2019. Sherry X. Wu seeks to appear as counsel *pro hac vice* for Defendants Zhejiang Shenghui Lighting Co. Ltd. and SengLED USA, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Sherry X. Wu is hereby admitted *pro hac vice* to represent Defendants Zhejiang Shenghui Lighting Co. Ltd. and SengLED USA, Inc.

**SO ORDERED**.

Signed: October 3, 2019

David C. Keesler
United States Magistrate Judge