UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00393-RJC-DCK

| | | |
|---|---|---|
| TVL INTERNATIONAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 3:19-cv-00393- |
| v. | ) | RJC-DCK (Lead Case) |
| | ) | |
| ZHEJIANG SHENGHUI LIGHTING CO., LTD and SENGLED USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SENGLED USA, INC. and ZHEJIANG SHENGHUI LIGHTING CO., LTD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: 3:19-cv-00591- |
| v. | ) | RJC-DCK |
| | ) | |
| TVL INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING CONSOLIDATION OF CASES

**THIS MATTER** comes before the Court on TVL International, LLC's motion to consolidate. (Doc. No. 22.) For good cause shown, the motion is **GRANTED**, and Civil Action No. 3:19-cv-00393-RJC-DCK is designated the lead case.

**IT IS THEREFORE ORDERED** that these cases be consolidated into 3:19-cv-00393-RJC-DCK.

Signed: March 16, 2020

_____
Robert J. Conrad, Jr.
United States District Judge