# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| TVL International, LLC**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00393-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Zhejiang Shenghui Lighting Co., LTD | ) | |
| SengLED USA, Inc.**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 4, 2022 Order.

May 4, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court